THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JAMES PRYOR, Appellant.

Argued April 22, 1940; decided May 21, 1940.

*George C. Norton, Cornelius F. Collins, Jr.,* and *John H.
Lewis* for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld* and
*Manuel Robbins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
SEARS, LEWIS and CONWAY, JJ.